### NICHOLSON, Syndic, v. JACOBS.

Decision in *Nicholson, syndic*, v. *Chapman*, 1 Ann. Rep. 222, affirmed.

APPEAL from the Commercial Court of New Orleans, *Watts*, J. *T. A. Clarke*, for the plaintiff. *Grymes*, for the appellant. The judgment of the court was pronounced by

KING, J. This case was before the late Supreme Court, when the judgment of the District Court was reversed, and the cause remanded, for the purpose of enabling the plaintiff to amend his pleadings, and administer proof of the defalcation of *Pritchard*, the former syndic. 8 Rob. 233. The original defects of pleading and evidence have been supplied, and the record now exhibits substantially the same facts as those before us in the case of *Nicholson, syndic*, v. *Chapman*, and presents the identical questions then decided. 1 Ann. Rep. 222. In that case we held that the endorsement "*G. W. Pritchard, syndic*," was notice that the note belonged to the estate of the insolvents, and that it could not be discounted by the syndic without an order of the court; that a person taking a note of this kind can acquire no rights under it adverse to the party to whom it really belongs, and in whose favor such restrictive endorsement is made.

The proofs in this case, in relation to the dividends received by the present syndic from the bankruptcy of *Taggart*, are similar to those in the case of the present plaintiff against *Chapman*; and entitle the defendant to a credit in the proportion which the notes sued on bear to the amount proved in bankruptcy, with the further right to any additional dividends that may have since been declared, or may hereafter be declared. In these respects the judgment of the lower court must be amended.

It is therefore ordered that the judgment of the lower court be reversed. It is further ordered that there be judgment for the plaintiff for nineteen hundred and sixty-seven dollars and five cents, with interest at five per cent from the 19th May, 1843, reserving to the defendant the right of receiving such dividends as the syndic may have collected since the judgment rendered in the court below, or may hereafter collect, from the bankrupt estate of *Joseph Taggart, jr.*, in the proportion which the sum of $2,462 09 bears to $9,777 76; the appellee paying the costs of this appeal.